UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:16-CV-62184-ROSENBERG/BRANNON

PAYLESS JEWELRY #3, INC.,

    Plaintiff,

v.

BEACON CAPITAL FUNDING, CO.,

    Defendant.
_____/

## ORDER ON DEFAULT PROCEDURE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On September 13, 2016, Plaintiff issued summons against Defendant. *See* DE 4. To date, no return of service appears in the court file and Defendant has failed to answer or otherwise respond. This Court's Order Setting Trial requires Plaintiff to immediately file proof of service. DE 5 at 3. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall either (i) file a status report by **December 5, 2016**, indicating the status of service upon Defendant in this case (in the event service has not been perfected) or (ii) file a *Motion for Entry of Clerk's Default* as to Defendant no later than **December 5, 2016**, that includes a certificate of service indicating that notice was sent to Defendant. Plaintiff's failure to file a status report or *Motion for Entry of Clerk's Default* within the specified time may result in a **dismissal** without prejudice and without further notice as to Defendant.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 28th day of November, 2016.

Copies furnished to:  
Counsel of record

ROBIN L. ROSENBERG  
UNITED STATES DISTRICT JUDGE