**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
CASE NO. 0:16-cv-62184-RLR

PAYLESS JEWELRY #3, INC.,

    Plaintiff,

vs.

BEACON CAPITAL FUNDING, CO.
an Arizona Corporation,

    Defendant.
_____/

## NOTICE OF VOLUNATRY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, PAYLESS JEWELRY #3, INC., and Defendant, BEACON CAPITAL FUNDING, CO., by and through undersigned counsel hereby files this Voluntary Dismissal without Prejudice with regard to Defendant, BEACON CAPITAL FUNDING, CO.

Dated: December 12, 2016        Respectfully submitted,

                                        */s/ Seth M Lehrman*
                                        Seth M. Lehrman (FBN 132896)
                                        E-mail: seth@pathtojustice.com
                                        FARMER, JAFFE, WEISSING,
                                        EDWARDS, FISTOS & LEHRMAN, P.L.
                                        425 N. Andrews Ave., Suite 2
                                        Fort Lauderdale, Florida 33301
                                        Telephone: 954-524-2820
                                        Facsimile: 954-524-2822

                                        Joshua H. Eggnatz (Fla. Bar. No.: 0067926)
                                        Email: JEggnatz@ELPLawyers.com
                                        Michael J. Pascucci (Fla. Bar. No.: 83397)
                                        Email: Mpascucci@ELPLawyers.com
                                        EGGNATZ, LOPATIN & PASCUCCI, LLP
                                        5400 S. University Drive, Ste. 417
                                        Davie, FL 33328
                                        Telephone: (954) 889-3359
                                        Facsimile: (954) 889-5913
                                        *Attorneys for Class Plaintiff(s)*